

About Us   Industries & Clients

Products & Services   Media Network

For Consumers   News & Press   Investor Relations   Careers



Where Performance Drives





Exhibit C to Complaint

## Insurance

We match consumers to carriers and agents in auto, home, health, life, and other insurance verticals



## Personal Loans

We match consumers to personal loan lenders to help them consolidate credit card debt, and for

## Credit Cards

We match consumers to the issuers and credit cards that can meet their needs



## Banking

We match consumers to various savings and investment vehicles including CDs, money market accounts, and financial advisors, among others

## Home Services

We match consumers to providers of home services in both large and small markets across America






## OUR PRODUCTS

# Great Results are Our Real Product

We match online consumers to product and service providers. We help product or service providers reach "Research and Compare" customer prospects in the world's largest channel.

Visitors and clients can engage in the format they prefer, including clicks, leads or inquiries, calls, applications, appointments, or actual sales.



## Clicks



## Inquiries



## Calls

### ABOUT QUINSTREET

# Powering Performance Marketplaces In Digital Media



QuinStreet is a pioneer in powering decentralized online **marketplaces that match searchers and "research and compare" consumers with brands**. We run these virtual and private-label marketplaces in one of the nation's largest media networks.

Our industry leading segmentation and AI-driven matching **technologies help consumers find better solutions and brands faster**. They allow brands to target and reach in-market customer prospects with pinpoint segment-by-segment accuracy, and to pay only for performance results.

*Our campaign-results-driven matching decision engines and optimization algorithms are built from over 20 years and billions of dollars of online media experience.*

We believe in:

- The direct measurability of digital media.
- Performance marketing. (We pioneered it.)
- The advantages of technology.

We bring all of this together to deliver truly great results for consumers and brands in the world's biggest channel.

## Foster City, CA

**HEADQUARTERS**

950 Tower Lane
Suite 1200
Foster City, CA 94404

## Beaverton, OR

8305 Creekside
Suite C
Beaverton, OR 97008

## Plantation, FL

12331 SW 3rd Street
Suite 700
Plantation, FL 33325

Ready to start a conversation? Contact us today

©2024 QuinStreet, Inc. All Rights Reserved. Privacy Notice | Terms of Use | Client Terms | Client Privacy And Data Security Annex | Publisher Terms | Publisher Service Orders | Publisher Privacy And Data Security Annex | Do Not Sell or Share My Personal Information | Accessibility Statement


