# Maryland residents can save an average of $693 on home and auto insurance when you bundle policies with SelectQuote.

We shop. You save. SelectQuote compares home and auto insurance rates from dozens of our partner carriers to find you the lowest price.

Get a Free Quote

# Home Insurance and Car Insurance in Maryland

## Table of Contents

Homeowners Insurance in Maryland

Bundle Your Home and Auto Insurance to Save Money

Auto Insurance in Maryland

Exhibit D to Amd. Complaint

# Homeowners Insurance in Maryland

In Maryland, **67.5% of the more than 6 million residents own homes** and **home insurance** is one of the most important decisions a homeowner can make. Finding affordable home insurance means comparing prices, understanding what coverage you need, and looking for ways to save —including through bundled auto and home insurance coverage.

One important decision when buying a home insurance policy is whether or not you want one that provides the **actual cash value** or **total replacement cost** when filing a claim. The actual cash value policy will pay the current cash value of the repairs/rebuild minus depreciation or the policy limit, whichever is lower. Replacement cost policies will pay for the complete rebuild costs, regardless of depreciation.

What this means in practice is that a home valued at $250,000 may cost $275,000 to rebuild due to material or labor costs. The actual cash value policy will not cover the remaining $25,000 necessary to rebuild. Replacement cost policies will, provided the costs fall below the policy limit.

## Homeowners Insurance Coverage Options in Maryland

Home insurance coverage in Maryland typically includes a standard set of coverages that help protect against losses due to either named perils or having a set list of exclusions. Common **types of home insurance coverage** in Maryland homeowners insurance policies include:

- **Dwelling coverage** pays for repair or rebuilding of the structure of your home. It includes the windows and roof.
- **Personal property coverage** protects the belongings inside your home, such as furniture, appliances, bicycles and more. It even covers these items if they're stolen or damaged outside of

your house.

- **Liability coverage** helps defend and protect you against lawsuits filed as a result of injury on your property. It also helps in cases where you damage another person's property.
- **Guest medical protection coverage** will pay for immediate medical expenses for a person who is injured on your property.
- **Additional living expenses coverage** can help pay for lodging, food and other expenses accrued as a result of your home being uninhabitable after a covered loss.

## Common Causes of Loss in Maryland

Maryland's location on the eastern seaboard puts it at increased risk of claims due to natural disasters, particularly flooding. Even if you live inland, water backups and flooding can occur due to large rainfall amounts from hurricanes. For this reason, it may make sense to buy additional types of insurance.

## Additional Coverage Options Recommended for Maryland Homeowners

Depending on where you live in Maryland, you may experience an increase in certain risks, such as flooding or theft. In these cases, buying extra insurance coverage may be a good idea. **Additional coverage** options available to Maryland homeowners includes, but not limited to:

- **Flood insurance** which is rarely if ever covered by standard homeowners insurance policies. Flood insurance is available for purchase from the **National Flood Insurance Program (NFIP)** or some private insurance companies.
- **Water backup coverage** pays for damages to your home's structure or property if a sewer or drain line backs up. It's common to see this kind of damage when sump pumps fail, but it can also happen as a result of any sewer or drain issue.
- **Identity theft coverage** can help recoup the cost of legal fees, lost wages or other expenses if your identity is stolen.
- **Scheduled personal property coverage** can cover valuable items such as engagement rings or antiques, but the items often need to be professionally appraised.

---

# Our Home Insurance Partners in Maryland

SelectQuote and our partner **home and auto insurance companies** provide competitive rates for home and auto coverage. SelectQuote shops for coverage in your state and provides you with unbiased access to the best available rates and discounts to meet your home and auto coverage needs.

## What is the average home insurance cost in Maryland?

Average monthly home insurance premiums for Maryland customers are $105.37.+ Home insurance rates in Maryland will differ based on several factors, including:

- Your ZIP code
- Your credit history
- Your number of previously filed claims
- Your deductible
- Your policy limits
- Applicable discounts

### Homeowners Insurance Discounts in Maryland

Homeowners insurance discounts are available from many insurance companies in Maryland. Eligibility for these discounts can vary based on your situation, but it's not uncommon for SelectQuote customers to see discounts for:

- Customer loyalty
- Professional associations, such as military or other affiliations
- Installation of home security systems
- New construction
- Installing a new roof or other fixtures
- Bundling home and auto insurance under one insurance company

## Bundle Your Home and Auto Insurance to Save Money

One of the biggest discounts we're able to find for our SelectQuote customers is for bundling their

home and auto insurance coverage. On average, our customers see savings of $693 per year for bundled home and auto coverage.

Get My Bundled Quote

### Average Home and Auto Insurance Rates in Maryland

Rates listed below are reflective of real SelectQuote customers in different Maryland cities. Your rates will vary based on factors such as your ZIP code, age and condition of your home or vehicle and more.

| City | Avg. Monthly Home Insurance Rate | Avg. Monthly Auto Insurance Rate | Avg. Monthly Rate of Bundled Policies |
|---|---|---|---|
| Baltimore | $103.36 | $212.47 | $316.28 |
| Elkton | $78.33 | $148.76 | $234.64 |
| Frederick | $87.80 | $154.23 | $214.53 |
| Glen Burnie | $85.12 | $226.34 | $312.92 |
| Silver Spring | $100.53 | $152.89 | $234.27 |

*Average monthly rates are from effective SelectQuote customer policies between 4/1/2022 and 3/31/2023.*

## Auto Insurance in Maryland

Auto insurance is just as important as home insurance for Maryland residents, over 4.4 million of whom are licensed drivers.[1] Almost 4.2 million vehicles share Maryland's roadways, which makes auto insurance coverage for every single vehicle important. Without auto insurance, the aftermath of an auto accident can be a costly endeavor.

### Maryland Auto Insurance Laws and Requirements

Maryland requires all drivers to carry specific types of insurance with set limits. This insurance helps

protect you from financial liability in the event of an auto accident. Your auto insurance must, at a minimum, cover:

- $30,000 for bodily injury
- $60,000 for bodily injuries to two or more people
- $15,000 in property damage coverage

Failure to carry minimum legal liability coverage can result in a fine of up to $2,500 per vehicle.**Types of auto insurance coverage** available in Maryland include:

- **Bodily injury liability coverage** helps pay for injuries or funeral expenses after an auto accident where you are found to be at fault.
- **Property damage liability coverage** pays for property damage in an accident where you are found to be at fault.
- **Underinsured and uninsured motorist coverage** can help pay costs related to injuries or property damage if you're in an accident where the at-fault party either has insufficient auto insurance or no insurance at all.
- **Collision coverage** pays for damage to your vehicle after an incident involving another driver and vehicle.
- **Comprehensive coverage** pays for losses and damages to your vehicle that stem from incidents other than vehicles. This includes storm damage, falling objects, animals, fire, theft and vandalism.
- **Gap insurance** pays the difference between what a financed/leased vehicle is worth and what you currently owe on the loan.
- **Personal injury protection coverage** pays for immediate medical expenses for you or your passengers after an incident.

*All data on average expenditures is provided by the* **Insurance Information Institute**.

| Types of Coverage | Minimum State Requires |
|---|---|
| Bodily Injury Liability | $30,000 per person / $60,000 per accident |
| Property Damage Liability | $15,000 |
| Uninsured Motorist | Not required |
| Underinsured Motorist | Not required |

| | |
|---|---|
| Personal Injury Protection | Not required |
| Collision | Not required |
| Comprehensive | Not required |
| Gap Insurance | Not required |

### Maryland Teen Driving Laws

All teen drivers are required to have auto insurance, whether on their own or as a listed driver on their parents' or guardians' policy. It is often cheaper to include teen drivers on your own auto insurance. Teen drivers are also subject to additional restrictions as a condition of getting their provisional driver's license.[2] Restrictions include:

- Limits on driving with passengers unless accompanied by a supervising driver.
- Being prohibited from using any wireless communication device, including hands-free devices.
- Being prohibited from driving between the hours of midnight and 5 a.m., with certain exceptions for school, work, volunteering or athletics events.

### Maryland Car Registration Information

New residents must register their vehicle within 60 days of moving to Maryland.[3] To register a vehicle in the state of Maryland, bring proof of ownership (title), proof of insurance, proof of address and your valid driver's license.

---

## What is the average car insurance cost in Maryland?

The average auto insurance policy in Maryland costs $179.80 per month.[+] Car insurance rates are determined by several factors, including:

- Your make, model and year of vehicle
- Your personal driving record
- Your ZIP code
- How often you drive your car
- What your vehicle is used for

To help save on Maryland car insurance, many auto insurers offer discounts for safe driving, bundled insurance policies and for raising your deductible.

## Our Auto Insurance Partners in Maryland

SelectQuote partners with trusted home and auto insurance companies in Maryland and other states to help you find affordable coverage that meets your needs. We are able to compare rates from dozens of partner insurance carriers at once and provide you with unbiased insurance quotes.

---

## Home and Auto Insurance Frequently Asked Questions

Some of the most common questions we encounter as we shop for home and auto insurance for our Maryland customers include the following items.

### How do I shop for insurance in Maryland?

-

As you shop for insurance in Maryland, consider the following tips: know your coverage needs, shop around for the best deal and don't forget to ask for discounts.

#### How do I shop for homeowners insurance in Maryland?

Buying home insurance in Maryland shouldn't feel complicated, especially once you know what to look for. The best process for buying home insurance involves the following steps:

1. Make an inventory of your personal property and know what it would take to rebuild your home.
2. Shop for quotes from several home insurance companies at once. Compare policy limits, deductibles and exclusions.
3. Make a decision based on what insurance policy poses the best value for your needs.
4. Reevaluate coverage regularly to make sure you're not underinsured.

#### How do I shop for auto insurance in Maryland?

Shopping for auto insurance might be easier than buying home insurance, if only because every driver in Maryland must carry specific types and limits of insurance. The process for

buying Maryland car insurance might go as follows:

1. Determine how much coverage you need in addition to minimum legal coverage. This can include full coverage (comprehensive and collision coverage) as well as other insurance.
2. Gather quotes from different insurance companies at one time. Compare rates, discounts, deductibles and exclusions.
3. Buy the insurance policy that meets your needs based on price, customer service and reputation.
4. Regularly examine your car insurance and make sure you're not overpaying or that you're not underinsured.

### Where can I buy home or auto insurance in Maryland? +

### Do I need to buy mobile home insurance in Maryland? +

### Is flood insurance required in Maryland? +

## Insurance to Save You Time and Money

If you're shopping for home and auto insurance in Maryland for the first time, SelectQuote can help you learn about and buy the right kind of coverage for your house and/or car.We can also help existing customers compare their current insurance policies to new ones. We'll find the most affordable insurance coverage that meets your needs, including bundled home and auto policies to help maximize your savings.

Compare Quotes in Maryland

Sources


1. **https://www.statista.com**
2. **https://mva.maryland.gov**
3. **https://mva.maryland.gov/vehicles**


+Average rates calculated are based on effective SelectQuote customer policies in Maryland between 4/1/2022 and 3/31/2023. Rates will vary based on level of coverage, location, age, and additional determining factors.

## We do the shopping. You do the saving.

Enter Zip

Get Free Quote

SELECTQUOTE®
We shop. You save.

**Products**

- Life Insurance
- Medicare Insurance
- Auto & Home Insurance

**Company**

- About
- Leadership
- Careers
- Investor Relations

**Resources**

- FAQs
- Contact Us
- Get a Quote

Privacy Policy | Legal | Disclosures | Accessibility

ACCREDITED BUSINESS BBB

SECURE networksolutions

SelectQuote Senior Insurance Services is a division of SelectQuote Insurance Services. © 2024 SelectQuote Senior Insurance Services. All rights reserved.