# SELECTQUOTE AUTO & HOME INSURANCE SERVICES, LLC: Z13922893

## Notice

Some customers may have difficulty viewing or downloading business documents. We are aware and are actively working to resolve.

| | |
|---|---|
| **Department ID Number:** | Z13922893 |
| **Business Name:** | SELECTQUOTE AUTO & HOME INSURANCE SERVICES, LLC |
| **Principal Office:** | SUITE 110<br>3500 W 75TH STREET<br>PRAIRIE VILLAGE KS 66208 |
| **Resident Agent:** | COGENCY GLOBAL INC.<br>1519 YORK ROAD<br>LUTHERVILLE MD 21093 |
| **Status:** | REVIVED |
| **Good Standing:** | THIS BUSINESS IS IN GOOD STANDING |
| **Business Type:** | FOREIGN LLC |
| **Business Code:** | 20 ENTITIES OTHER THAN CORPORATIONS |
| **Date of Formation/ Registration:** | 01/13/2011 |
| **State of Formation:** | DE |
| **Stock Status:** | N/A |
| **Close Status:** | N/A |

Exhibit E to Amended Complaint