Discover our Free Content to Help You Better Understand the Stock Market. 100% Free Registration

# SELECTQUOTE, INC.

Company SelectQuote, Inc. Equities SLQT US8163073005 Multiline Insurance & Brokers

Market Closed - Nyse 04:00:02 2024-06-12 pm EDT

**2.85** USD **-6.25%**



1st Jan Change **+108.03%**



## Business Summary

SelectQuote Inc. is a technology-enabled, direct-to-consumer (DTC) distribution and engagement platform for insurance products and healthcare services. The Company operates through four business lines, which include SelectQuote Senior, which provides shopping platform for Medicare Advantage and Medicare Supplement insurance plans as well as prescription drug and dental, vision, and hearing plans, and critical illness products; SelectQuote Healthcare Services, which is comprised of the SelectRx Pharmacy, a specialized medication management pharmacy; SelectQuote Life segment that provides shopping platform for life insurance products such as term life, final expense, and other ancillary products like critical illness, accidental death, and juvenile insurance, and SelectQuote Auto & Home segment provides shopping platform for auto, home, and specialty insurance lines, as well as insurance products such as homeowners, auto, dwelling fire, and other ancillary insurance products.

Number of employees: 4,186

## Sales per Business

| USD in Million | 2022 | *Weight* | 2023 | *Weight* | Delta |
|---|---|---|---|---|---|
| Senior | 595 | *77.9 %* | 590 | *58.8 %* | -0.88% |
| Healthcare Services | - | - | 252 | *25.1 %* | - |
| Life | 154 | *20.2 %* | 146 | *14.5 %* | -5.29% |
| Auto & Home | 28 | *3.6 %* | 22 | *2.2 %* | -21.59% |
| Corporate & Eliminations | -13 | *-1.7 %* | -7 | *-0.7 %* | -46.51% |

Discover our Free Content to Help You Better Understand the Stock Market. 100% Free Registration

## Managers

| Managers | Title | Age | Since |
|---|---|---|---|
| Timothy Danker | Chief Executive Officer | 51 | 11-12-31 |
| Ryan Clement | Director of Finance/CFO | 43 | 21-12-31 |
| Robert Grant | President | 40 | 12-12-31 |
| Floyd May | Chief Tech/Sci/R&D Officer | 48 | 18-12-31 |
| William Grant | Chief Operating Officer | 49 | 11-12-31 |
| Alan Muney | Chief Tech/Sci/R&D Officer | 70 | 22-08-24 |
| Tom Grant | Director/Board Member | 74 | 07-12-31 |
| Ryan Souan | Corporate Officer/Principal | 50 | 16-12-31 |
| Matthew Gunter | Corporate Officer/Principal | 51 | 15-12-31 |
| Daniel Boulware | General Counsel | 48 | 19-09-30 |

## Members of the board

| Members of the board | Title | Age | Since |
|---|---|---|---|
| Tom Grant | Director/Board Member | 74 | 07-12-31 |
| Earl Devanny | Director/Board Member | 72 | 20-01-31 |
| Raymond Weldon | Director/Board Member | 65 | 13-12-31 |
| Donald Hawks | Chairman | 49 | 13-12-31 |
| Denise Devine | Director/Board Member | 68 | 20-01-31 |
| Timothy Danker | Chief Executive Officer | 51 | 11-12-31 |
| Kavita Patel | Director/Board Member | 50 | 20-09-22 |

## Share class

| | Vote | Quantity | Free-Float | Company-owned shares | Total Float |
|---|---|---|---|---|---|
| **Stock A** | 1 | 169,158,740 | 134,151,215 ( 79.30 %) | 0 | 79.30 % |

Discover our Free Content to Help You Better Understand the Stock Market. 100% Free Registration

| | | | |
|---|---|---|---|
| BlackRock Advisors LLC | 9,623,270 | 5.689 % | 30 M $ |
| Abrams Bison Investments LLC | 7,910,794 | 4.677 % | 25 M $ |
| Vanguard Fiduciary Trust Co. | 6,862,250 | 4.057 % | 21 M $ |
| Mariner LLC (13F Subfiler) | 6,187,860 | 3.658 % | 19 M $ |
| Tom Grant | 4,553,479 | 2.692 % | 14 M $ |
| Robert Grant | 4,176,025 | 2.469 % | 13 M $ |
| William Grant | 4,163,901 | 2.462 % | 13 M $ |
| Geode Capital Management LLC | 3,025,389 | 1.788 % | 9 M $ |
| STATE STREET CORPORATION | 2,815,860 | 1.665 % | 9 M $ |

## Company contact information

SelectQuote, Inc.
6800 West 115th Street Suite 2511
66211, Overland Park
+913 599 9225
http://www.selectquote.com

Discover our Free Content to Help You Better Understand the Stock Market. 100% Free Registration




## Sector

- Financials
  - Insurance
    - Insurance
      - Multiline Insurance & Brokers
        - Other Multiline Insurance & Brokers

## Sales per Business

Discover our Free Content to Help You Better Understand the Stock Market. 100% Free Registration




## Ratings for SelectQuote, Inc.

| | |
|---|---|
| Trading Rating | |
| Investor Rating | |
| ESG Refinitiv | D |




» More Ratings

## Analysts' Consensus

Sell Buy

| | |
|---|---|
| Mean consensus | OUTPERFORM |
| Number of Analysts | 2 |
| Last Close Price | **3.04 USD** |
| Average target price | **4.5 USD** |




©marketscreener.com - S&P Global Market Intelligence

» Estimates Revisions

## Quarterly earnings - Rate of surprise




©marketscreener.com - S&P Global Market Intelligence

» Company calendar

## Sector Other Multiline Insurance & Brokers

| | 1st Jan change | Capi. |
|---|---|---|
| SELECTQUOTE, INC. | +111.68% | 514M |
| CHUBB LIMITED | +16.17% | 111B |

| | | |
|---|---|---|
| HARTFORD FINANCIAL SERVICES GROUP (THE), INC. | +23.96% | 29.41B |
| TALANX AG | +15.16% | 20.47B |
| BB SEGURIDADE PARTICIPAÇÕES S.A. | -3.71% | 11.99B |
| POWSZECHNY ZAKLAD UBEZPIECZE? SPÓLKA AKCYJNA | +1.59% | 10.26B |
| ASR NEDERLAND N.V. | +4.03% | 10.03B |
| ICICI LOMBARD GENERAL INSURANCE COMPANY LIMITED | +16.54% | 9.7B |

» Other Multiline Insurance & Brokers



Best financial portal

+951% of historical performance

Google

Quick & easy cancellation

+ 1,000,000 members

Download on the App Store

OUR EXPERTS ARE HERE FOR YOU
Monday - Friday 9am-12pm / 2pm-6pm GMT + 1

Contact us

Legal information | Cookie settings | MarketScreener Blog | Copyright © 2024 Surperformance. All rights reserved.

Stock quotes are provided by Factset, Morningstar and S&P Capital IQ