**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION - GREENBELT

| | |
|---|---|
| Stanley Shapiro, *on behalf of himself and all others similarly situated,*<br>Plaintiff,<br><br>v.<br><br>QuinStreet, Inc.,<br><br>Defendant. | Case No. 8:24-cv-01667<br><br>**Assigned to Hon. Lydia Kay Griggsby** |

**JOINT STATEMENT OF UNDISPUTED FACTS TO BE**
**<u>CONSIDERED ON SUMMARY JUDGMENT</u>**

Defendant QuinStreet, Inc. ("QuinStreet"), by and through its undersigned counsel, pursuant to this Court's Case Management Order (Dkt. 11), hereby submits this Statement of Undisputed Facts, for purposes of QuinStreet's Motion for Summary Judgment.

1. Defendant QuinStreet, Inc. is a corporation founded in 1999 that is incorporated in Delaware, headquartered in California, and registered to do business with the Maryland Secretary of State as a foreign corporation.

2. Plaintiff Stanley Shapiro resides in Maryland. His cellular telephone number is [redacted]-1979.

3. QuinStreet's July 6, 2023 call to Plaintiff's number displayed the number 301-579-3445.

4. Plaintiff's Verizon phone records show only one incoming call to Plaintiff's number from 301-579-3445, on July 6, 2023, at 9:12 AM Eastern Time.

5. Plaintiff's Verizon phone records show one outbound call from Plaintiff's number to 301-579-3445 on July 6, 2023, at 9:28 AM Eastern Time.

6. Plaintiff's Verizon phone records show one outbound call from Plaintiff's number to 855-430-7755 on July 6, 2023, at 9:31 AM Eastern Time.

7. A call recording from the July 6, 2023 call placed by QuinStreet to Plaintiff's number demonstrates that Plaintiff spoke with a live agent, not a pre-recorded or artificial voice.

8. No pre-recorded or machine-generated audio was used by QuinStreet during the July 6, 2023 call to Plaintiff.

9. The call center agent that spoke with Plaintiff on July 6, 2023 is employed by [redacted], a company that QuinStreet engages to provide call center representatives to field calls placed by QuinStreet.

10. During the July 6, 2023 call to Plaintiff, the call center representative that spoke with Plaintiff identified that she was calling on behalf of QuinStreet with insure.com.

11. QuinStreet obtained the lead for Plaintiff's phone number from a third-party publisher, [redacted].

12. Plaintiff has not produced any discovery demonstrating that QuinStreet used pre-recorded or machine-generated audio was used during the July 6, 2023 call to Plaintiff.

Dated: October 20, 2025

Respectfully submitted,

**KELLEY DRYE & WARREN LLP**

*<u>/s/ Ira T. Kasdan</u>*
Ira T. Kasdan (Bar # 26942)
3050 K Street, NW
Washington, DC 20007
Tel: (202) 342-8864
Fax: (202) 342-8451
Email: ikasdan@kelleydrye.com

James B. Saylor (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-5052
Fax: (212) 808-7897
Email: jsaylor@kelleydrye.com

Whitney A. Smith (*pro hac vice*)
7 Giralda Farms
Suite 340
Madison, NJ 07940
Tel.: (973) 503-5923
Fax: (973) 503-5950
Email: wsmith@kelleydyre.com

*Counsel for Defendant QuinStreet, Inc.*