**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION - GREENBELT

Stanley Shapiro, *on behalf of himself and all others similarly situated,*

Plaintiff,

v.

QuinStreet, Inc.,

Defendant.

Case No. 8:24-cv-01667

**Assigned to Hon. Ajmel A. Quereshi**

**REPLY DECLARATION OF JAMES B. SAYLOR IN FURTHER SUPPORT OF DEFENDANT QUINSTREET, INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, James B. Saylor, declares and states as follows:

1. I am a partner with the law firm Kelley Drye & Warren LLP, counsel for Defendant QuinStreet, Inc. ("QuinStreet") in this action.

2. I submit this Reply Declaration in further support of QuinStreet's Motion for Summary Judgment.

3. Pursuant to the Court's October 27, 2025 Order, on November 7, 2025, QuinStreet produced to Plaintiff a list of all phone numbers that QuinStreet and its representatives used to call potential customers in Maryland during July 2023, January 2024, June 2024, and July 2024.

4. Outside counsel for QuinStreet cross-checked the phone numbers on the list with the phone numbers in Plaintiff's Verizon phone records. That search did not reveal any additional calls from QuinStreet to Plaintiff, beyond the single call on July 6, 2023 that QuinStreet had previously identified.

5. Plaintiff has subpoenaed third parties for QuinStreet's call detail records. At least one subpoena recipient has already told Plaintiff that it does not have the "call detail records" he

seeks, because all those records reside solely on QuinStreet's systems. Counsel for QuinStreet has not been copied on Plaintiff's counsel's correspondence with the second subpoena recipient.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 24, 2025 at New York, New York.

_______________________
James B. Saylor