**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION - GREENBELT

Stanley Shapiro, *on behalf of himself and all others similarly situated,*
Plaintiff,

v.

QuinStreet, Inc.,

Defendant.

Case No. 8:24-cv-01667

**Assigned to Hon. Ajmel A. Quereshi**

## JOINT RECORD EXHIBIT LIST

| Exhibit Number | Joint Record Page Range | Description of Exhibit |
|---|---|---|
| 1 | JR-1–32 | Notice of Removal filed in above-captioned action, Dkt. 1 |
| 2 | JR-33–37 | QuinStreet Inc.'s ("QuinStreet") Notice of Intent to File Motion for More Definite Statement filed in the above-captioned action, Dkt. 13 |
| 3 | JR-38–40 | Plaintiff Stanley Shapiro's ("Plaintiff") Notice of Intent to File an Amended Complaint filed in the above-captioned action, Dkt. 15 |
| 4 | JR-41–63 | First Amended Complaint filed by Plaintiff in the above-captioned action, Dkt. 16 |
| 5 | JR-64–66 | QuinStreet's Notice of Motion to Dismiss the First Amended Complaint, filed in the above-captioned action, Dkt. 30 |
| 6 | JR-67–68 | Plaintiff's Notice of Intent to File a Second Amended Complaint, filed in the above-captioned action, Dkt. 35 |
| 7 | JR-69–71 | Scheduling Order in the above-captioned action, Dkt. 53 |
| 8 | JR-72–100 | Second Amended Complaint filed by Plaintiff in the above-captioned action, Dkt. 54 |
| 9 | JR-101–05 | Declaration of Tyler Orrell in support of QuinStreet's Motion for a Protective Order, filed in the above-captioned action, Dkt. 84-2 |
| 10 | JR-106–09 | Declaration of James Saylor in support of QuinStreet's Motion for a Protective |

| | | |
|---|---|---|
| | | Order, filed in the above-captioned action, Dkt. 84-3 |
| 11 | JR-110–130 | QuinStreet's Amended Responses and Objections to Plaintiff's First Set of Interrogatories, filed in the above-captioned action, Dkt. 84-8 |
| 12 | JR-131–32 | Verification of Tyler Orrell for QuinStreet's Amended Responses and Objections to Plaintiff's First Set of Interrogatories |
| 13 | JR-133–247 | Transcript of Tyler Orrell's deposition in the above-captioned action |
| 14 | JR-248–53 | Exhibit 15 to Tyler Orrell's deposition |
| 15 | JR-254–82 | Exhibit 17 to Tyler Orrell's deposition |
| 16 | JR-283–84 | Email chain between counsel dated November 8, 2024 |
| 17 | JR-285–86 | Email chain between counsel dated December 6, 2024 |
| 18 | JR-287–88 | Email chain between counsel dated March 7, 2025 |
| 19 | JR-289–306 | QuinStreet's Responses and Objections to Plaintiff's First Set of Interrogatories |
| 20 | JR-307–25 | QuinStreet's Responses and Objections to Plaintiff's First Set of Document Requests |
| 21 | JR-326–38 | QuinStreet's Responses and Objections to Plaintiff's Second Set of Interrogatories |
| 22 | JR-339–43 | Jornaya Report, produced in the above-captioned matter as QUINSTREET00001-4 |
| 23 | JR-344–346 | QuinStreet's call records to Plaintiff, produced in the above-captioned matter as QUINSTREET00006 |
| 24 | JR-347–56 | QuinStreet's Transcript of July 6, 2024 Call with Plaintiff |
| 25 | JR-357–64 | Plaintiff's Supplemental Responses to QuinStreet's Requests for Documents |
| 26 | JR-365–68 | Excerpt of Plaintiff's Verizon records, produced in the above-captioned matter as P-000818 |
| 27 | JR-369–80 | Redline comparing Plaintiff's Transcript of July 6, 2024 Call with QuinStreet's version |
| 28 | JR-381–90 | Plaintiff's Responses and Objections to QuinStreet's Interrogatories |

| | | |
|---|---|---|
| 29 | JR-391–98 | Plaintiff's Supplemental Responses and Objections to QuinStreet's Interrogatories |
| 30 | JR-399–439 | Transcript of October 27, 2025 Hearing Before Judge Ajmel A. Quereshi |
| 31 | JR-440–42 | October 27, 2025 Order by Judge Ajmel A. Quereshi |
| 32 | JR-443–46 | Letter dated November 7, 2025 to Mr. Ring providing list of QuinStreet's phone numbers used to contact potential customers in Maryland |