**IN THE UNITED STATES DISTRICT COURT FOR MARYLAND**
**SOUTHERN DIVISION**

**STANLEY SHAPIRO**

Plaintiff

v. Case No. 8:24-cv-01667 LKG

**QUINSTREET, INC.**

Defendant

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Stanley Shapiro and Defendant, QuinStreet, Inc., through their respective counsel, stipulate to the dismissal with prejudice of all claims asserted by Plaintiff in this suit against QuinStreet, Inc. pursuant to FRCP 41(a)(1)(A)(ii). QuinStreet, Inc. is the only defendant remaining in this suit.

___________/s/___________________
Stephen H. Ring
STEPHEN H. RING, PC
401 North Washington Street, Suite 500
Rockville, Maryland 20850
Tel: (301) 563-9249
Fax: (301) 563-9639
USDC-MD Attorney No. 00405
shr@ringlaw.us
Attorney for Plaintiff

____________/s/_____________________
Ira T. Kasdan (Bar # 26942)
KELLEY DRYE & WARREN LLP
670 Maine Avenue SW, Suite 600
Washington, DC 20024
Tel: (202) 342-8864
Fax: (202) 342-8451
Attorney for Defendant